ALLEN v. RUPARD

No. 577PA90

Case below: 100 N.C.App. 490

Petition by Protective Insurance Co. for discretionary review pursuant to G.S. 7A-31 allowed 7 February 1991.

BARBEE v. HARFORD MUTUAL INS. CO.

No. 587PA90

Case below: 100 N.C.App. 548

Petition by David A. Barbee and the Harford Mutual Insurance Company for discretionary review pursuant to G.S. 7A-31 allowed 7 February 1991.

BROOKOVER v. BORDEN, INC.

No. 601P90

Case below: 100 N.C.App. 754

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 February 1991.

BURRIS v. FISHER

No. 578P90

Case below: 100 N.C.App. 600

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 February 1991.

COHEN v. COHEN

No. 549P90

Case below: 100 N.C.App. 334

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 February 1991.